Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371
Attorneys for Plaintiff
THIRTY THREE THREADS, INC.

James V. Fazio, III (SBN 183,353)
Email: jamesfazio@sandiegoiplaw.com
Trevor Q. Coddington, Ph.D. (SBN 243,042)
Email: trevorcoddington@sandiegoiplaw.com
SAN DIEGO IP LAW GROUP LLP
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 792-3446
Fax: (858) 792-3501
Attorneys for Defendant
MALTON LLC dba MATO & HASH

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation<br><br>        Plaintiff<br><br>vs.<br><br>MALTON LLC, a Michigan limited liability company doing business as MATO & HASH; and DOES 1-10, inclusive<br><br>        Defendants | Case No. 3:15-cv-02609 JAH-JMA<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |

Case No. 3:15-cv-02609 JAH-JMA

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, Thirty Three Threads, Inc. and Defendant, Malton LLC dba Mato & Hash have reached a settlement in principle.  The parties are in the process of preparing and executing the necessary documents to complete such settlement.  The parties also request that the Early Neutral Evaluation Conference currently scheduled for June 14, 2017 be vacated.  Should the parties not fully execute an agreement within thirty (30) days, the Parties will notify the court.

Dated:  May 23, 2017          STETINA BRUNDA GARRED & BRUCKER

By: /s/Stephen Z. Vegh
     Kit M. Stetina
      Stephen Z. Vegh
     Attorneys for Plaintiff
     THIRTY THREE THREADS, INC.

Dated:  May 23, 2017          SAN DIEGO IP LAW GROUP LLP

By: /s/James V. Fazio
     James V. Fazio, III
     Trevor Q. Coddington, Ph.D.
     Attorneys for Defendant
     MALTON LLC dba MATO & HASH

Case No. 3:15-cv-02609 JAH-JMA          1

JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371