IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRTY THREE THREADS, INC., a California corporation | Case No. 3:15-cv-02609 JAH-JMA |
| Plaintiff | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(ii)** |
| vs. | |
| MALTON LLC, a Michigan limited liability company doing business as MATO & HASH; and DOES 1-10, inclusive | |
| Defendants | |

WHEREAS, the parties have entered into an agreement settling the above-entitled action;

IT IS HEREBY ORDERED that:

1. The above-entitled action, and each and every claim asserted herein, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The parties shall bear their own attorneys' fees and costs.

Dated: June 6, 2017

John A. Houston
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on June 6, 2017.

By: /s/*Stephen Z. Vegh*
Stephen Z. Vegh

Case No. 3:15-cv-02609 JAH-JMA                              3

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)